IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
(NORTHERN DIVISION)

AMANDA BOWEN,                                                                          PLAINTIFF,

VS.                        CIVIL ACTION NO.: 3:13-CV-00601-DPJ-LRA

HAROLD JASON BLALOCK, M.D., MISSISSIPPI
UROLOGY CLINIC, E.J. BLANCHARD, JR., M.D.,
MISSISSIPPI BAPTIST MEDICAL CENTER, INC.,
MISSISSIPPI BAPTIST HEALTH SYSTEMS, INC.,
MISSISSIPPI BAPTIST MEDICAL ENTERPRISES, INC.,
BOSTON SCIENTIFIC CORPORATION, JON DOES
1-25 AND JOHN DOE CORPORATIONS 2-50,           DEFENDANTS.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff and Defendants stipulate and agree to a dismissal, *with prejudice*, without costs against any party.

    DATED this the  3rd  day of September, 2015.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: September 3, 2015					WILLIAMS NEWMAN WILLIAMS, PLLC

							By:	/s/ R. Paul Williams, III, Esq.
								R. Paul Williams, III
								Courtney M. Williams
								Matt Newman
								Williams Newman Williams, PLLC
								P.O. Box 23785
								Jackson, MS  39225-3785

								David E. Rozier, Jr.
								Rozier Law Firm, PLLC
								2091 Old Taylor Road, Suite 102
								Oxford, MS  38655

								Jenessa Jo Carter Hicks
								Rozier Hayes, PLLC
								P.O. Box 2388
								Oxford, MS  38655-2388

								Attorneys for Plaintiff
								AMANDA BOWEN

DATED: September 3, 2015    BAKER DONELSON BEARMAN
    CALDWELL  & BERKOWITZ, PC

    By:  /s/ J. Carter Thompson, Jr., Esq.
        J. Carter Thompson, Jr., Esq.
        BAKER DONELSON BEARMAN
         CALDWELL  & BERKOWITZ, PC
        4268 I-55 North
        Meadowbrook Office Park
        Jackson, Mississippi 39211

        C. Meade Hartfield
        BAKER, DONELSON, BEARMAN
        CALDWELL & BERKOWITZ, P.C.
        420 20th Street North, Suite 1400
        Birmingham, Alabama 35203
        Telephone: (205) 250-8370
        Facsimile: (205) 488-3770
        mhartfield@bakerdonelson.com

        Attorneys for Defendant
        BOSTON SCIENTIFIC CORP.


DATED: September 3, 2015    HEIDELBERG HARMON, PLLC

    By:  /s/ Andrew J. Stubbs, Esq.
        Andrew J. Stubbs
        Stuart B. Harmon
        Heidelberg Harmon, PLLC
        795 Woodlands Parkway, Suite 220
        Ridgeland, MS  39157

        Attorneys for Defendants
        HAROLD JASON BLALOCK, M.D. and
        MISSISSIPPI UROLOGY CLINIC

DATED: September 3, 2015	PAGE KRUGER & HOLLAND, P.A.

By:	/s/ Stephen P. Kruger, Esq.
	Stephen P. Kruger
	Thurman L. Boykin, III
	Page Kruger & Holland, P.A.
	P.O. Box 1163
	Jackson, MS  39215-1163

	Attorneys for Defendant
	E.J. BLANCHARD, JR., M.D.


DATED: September 3, 2015	WISE CARTER CHILD & CARAWAY

By:	/s/ Dudley C. Graham, Jr., Esq.
	Dudley C. Graham, Jr.
	Wise Carter Child & Caraway
	P.O. Box 651
	Jackson, MS  39205-0651

	Attorneys for Defendants
	MISSISSIPPI BAPTIST MEDICAL CENTER, INC.,
	MISSISSIPPI BAPTIST HEALTH SYSTEMS, INC. ,
	AND
	MISSISSIPPI BAPTIST ENTERPRISES, INC.

**CERTIFICATE OF SERVICE**

    I, R. Paul Williams, III, one of the attorneys for the Plaintiff, Amanda Bowen, do hereby certify that a true and correct copy of the above and foregoing document was served via cm/ecf electronic filing system, to the following counsel of record:

David E. Rozier, Jr., Esq.
Jenessa Carter Hicks, Esq.
**Rozier Hayes, PLLC**
2091 Old Taylor Road, Ste. 102
PO Box 2388
Oxford, MS 38655
*Attorneys for Plaintiff*

Stephen P. Kruger, Esq.
**Page, Kruger & Holland, P.A.**
10 Canebrake Blvd. Suite 200
Post Office Box 1163
Jackson, MS 39215-1163
*Attorney for Dr. Blanchard*

Stuart Harmon, Esq.
Andrew Stubbs, Esq.
**Heidelberg Harmon, P.A.**
795 Woodlands Parkway, Suite 220
Ridgeland, Mississippi  39157
*Attorney for Dr. Blalock and Mississippi Urology Clinic*

Dudley C. Graham, Jr., Esq.
Wise Carter Child & Caraway
Post Office Box 651
Jackson, MS 39205-0651
*Attorney for Mississippi Baptist Medical Center, Inc.,*
*Mississippi Baptist Health Systems, Inc. and*
*Mississippi Baptist Enterprises, Inc.*

C. Mead Hartfield, Esq.
J. Carter Thompson, Jr., Esq.
Baker, Donelson, Bearman, Caldwell,and Berkowitz, P.A.
4268 I-55 North
Jackson, MS 39211
*Attorneys for Boston Scientific*

This the   3rd   day of September, 2015.

                                                /s/ *R. Paul Williams, III*
                                                R. Paul Williams, III